THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DE LUCA, Appellant.— Judgment affirmed. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

NINETEEN JOHN STREET CORPORATION, Landlord, Respondent, v. JOHN C. MCNAMARA, JR., Tenant, Appellant.— Determination reversed, with costs and disbursements to the appellant, and the final order of the Municipal Court affirmed, with costs in this court and in the Appellate Term. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [135 Misc. 142.]

KATHERINE FITZPATRICK, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy and O'Malley, JJ.

WILLIAM A. HAGAN, Appellant, v. RICHARD H. MEEHAN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.; O'Malley and Sherman, JJ., dissent on the ground that a question of fact was presented for the jury.

In the Matter of the Application of ESDORA REALTY CORPORATION, Appellant, for an Order of Certiorari against WILLIAM E. WALSH and Others, etc., Respondents, and HERMSTARR REALTY CORPORATION, Intervening, Respondent.— Assuming without holding that the board of standards and appeals has power under section 21 of the Building Zone Resolution to vary the provisions of section 7-g thereof,■ we are of opinion that in the circumstances here disclosed, more particularly the history of the major portion of the premises here involved, there was not presented a proper case for such variation to the end " that the public health, safety and general welfare may be secured and substantial justice done." Order reversed, with ten dollars costs and disbursements, the order of certiorari sustained, and the determination of the board of standards and appeals annulled, with fifty dollars costs to the appellant against the intervenor, respondent. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [136 Misc. 476.]

SAMUEL C. MARX, Respondent, v. JONES-MCKEE, INC., and Others, Appellants.— To sustain the order appealed from would be to require defendants to account in advance of trial and before plaintiff has established his right to that relief. (Baum v. Lamborn, 203 App. Div. 86.) Order modified by denying the motion as to items 2, 3, 4, 7, 8 and 9 in plaintiff's notice of motion, and as so modified affirmed, without costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others.— Appeal and motion to dismiss withdrawn. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BRYAN.— Motion denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.